UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

FRGR MANAGING MEMBER LLC,            Case No. 09-11061

                    Debtor.
---------------------------------------------------------x

## ORDER AUTHORIZING RETENTION OF DEBTOR'S COUNSEL

Upon the application of the above-captioned debtor ("Debtor"), requesting authorization to retain Backenroth Frankel & Krinsky, LLP, to represent the Debtor herein, and upon the Affidavit of Disinterest by Mark Frankel, Esq., and it appearing that Backenroth Frankel & Krinsky, LLP represents no interest adverse to the Debtor or its creditors herein, and that its employment is necessary and in the best interests of the estate, and after due deliberation and sufficient cause appearing therefor, it is

ORDERED, that the Debtor be, and it hereby is, authorized to employ Backenroth Frankel & Krinsky, LLP, as its counsel as of August 12, 2009, under a general retainer, with the amount of compensation paid by the Debtor to be determined upon appropriate application to the Court pursuant to Sections 330 and 331 of the Bankruptcy Code.

Dated:   New York, New York
           **September 18, 2009**

                                            /s/Martin Glenn
                                      UNITED STATES BANKRUPTCY JUDGE

NO OBJECTION

  /s/Nazar Khodorovsky
_____
U.S. Trustee
Nazar Khodorovsky, Trial Attorney
Dated: Sept. 3, 2009