UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                          Chapter 11

FRGR MANAGING MEMBER LLC,                      Case No. 09-11061

        Debtor.
---------------------------------------------------------x

## RULE 2016(b) NOTICE

**PLEASE TAKE NOTICE**, that the following amounts have been paid to Backenroth Frankel & Krinsky, LLP by Mark Stern from funds which are not property of the Debtor's bankruptcy estate, as retainer amounts for services rendered in this case:

| Amount | Date |
| --- | --- |
| $50,000 | 8/5/09 |
| $25,000 | 8/26/09 |
| $25,000 | 9/9/09 |
| $20,000 | 10/13/09 |

Dated:    New York, New York
             October 14, 2009


                          **BACKENROTH, FRANKEL & KRINSKY LLP**

                By:    s/Abraham J. Backenroth
                      489 Fifth Avenue
                      New York, New York 10017
                      (212) 593-1100